COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Wilford D. Carter
Attorney at Law
1025 Mill Street
Lake Charles LA 70601

**REHEARING ACTION: July 9, 2014**

**Docket Number: 13   00968-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DAVID NEAL THOMAS**

**Appealed from Calcasieu Parish Case No. 7919-10**

**BEFORE JUDGES**:

> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Neal Thomas** has this day been

> **DENIED.**
> Cooks, J., would grant the rehearing and reinstate the trial judge's grant
> of the Motion to Quash.

cc: John Foster DeRosier, Counsel for the Appellant
    Karen C. McLellan, Counsel for the Appellant
    Carla Sue Sigler, Counsel for the Appellant